THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO TORRES-ARMAS,<br><br>                    Petitioner,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>                    Respondents. | CASE NO. C14-983-JCC<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, the Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation. (Dkt. No. 8.)
2. Petitioner's amended habeas petition is DISMISSED without prejudice for failure to prosecute.
3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 15th day of October 2014.

//

ORDER OF DISMISSAL
PAGE - 1

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2